# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 23-40638
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 23, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jesus Alberto Nucamendi-Trujillo,

*Defendant—Appellant*.

—————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:23-CR-484-1

—————————————————————————

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jesus Alberto Nucamendi-Trujillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Nucamendi-Trujillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the

—————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40638

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.